# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 5, 2009

Before

RICHARD D. CUDAHY, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*


No. 08-3287

UNITED STATES OF AMERICA,
        Plaintiff-Appellee,

v.

JEFFERY DEAN,
        Defendant-Appellant.

Appeal from the United States
District Court for the Southern
District of Indiana, New Albany
Division

No. 4:06-cr-0023-SEB-MGN-14

**Sarah Evans Barker**, *Judge*.


O R D E R

It is ordered that the following corrections be made in the opinion of the court dated July 31, 2009:

Slip opinion page 5 and 6, footnote 3—Footnote 3 is omitted;

Slip opinion page 6, footnote 5—Footnote 5 is omitted.


It is so ordered.